AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:14-CV-07194-ES-MAH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons and Complaint Civil Cover Sheet and Corporate Statement for  HIGHER EDUCATION MANAGEMENT GROUP, INC. was received by me on *(date)*  JANUARY 7, 2015  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the Summons and Complaint on  KIRSTON MARVEL , who is designated by law to accept service of process on behalf of *(name of organization)*  INCORP SERVICES, INC.  2360 Corporate Circle, Ste 400 Henderson, NV 89074  on *(date)*  JANUARY 7, 2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Executed on: January 8, 2015

*[signature]*

Person making service/Susan Kruse NV Lic 1469
Vegas Pro Serv
1029 Canosa Avenue
Las Vegas, NV 89104
702-526-0411

Subscribed and Sworn to before me on this 8th day of January 2015

*[signature]*
Notary Public in and for the above County and State

LUSINE AVETISYAN
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-16-17
Certificate No: 13-11166-1

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 01/12/2015 |
| NAME OF SERVER (PRINT) SUSAN KRUSE | TITLE Process Server  NVLic 1469 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Kirston Marvel

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/12/2015
Date

Signature of Server

1029 Pinosa Av
Address of Server
Las Vegas NV 89104