UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
ASPEN GROUP, INC. and ASPEN UNIVERSITY, INC.,

                        Plaintiffs,

Case No. : 14-cv-7194 (ES-MAH)

   -against-

HIGHER EDUCATION MANAGEMENT GROUP, INC.,

                        Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK   )
                                  ss:
COUNTY OF NEW YORK )

       YVETTE COLON-O'SHEA, being duly sworn, deposes and says:

       I am not a party to this action, am over 18 years of age, and reside in State of New York.

       On February 20, 2015, a true and correct copy of Plaintiff's Declaration of Michael Mathews In Support of Application for Default Judgment dated February 19, 2015 with exhibits was sent in the above-captioned matter to the following person(s):

Higher Education Management Group, Inc.
c/o Incorp Services, Inc.
2360 Corporate Circle, Ste. 400
Henderson, NV 89074

Higher Education Management Group, Inc.
c/o Department of Treasury
33 W. State Street
Trenton, NJ 08608

via Certified Mail, Return Receipt Requested by placing a true copy in a postpaid, properly addressed sealed wrapper and deposited same in a depository under the exclusive care and custody of the United States Postal Service.

                                                               YVETTE COLON-O'SHEA

Sworn to before me this
20th day of February, 2015

_____
Notary Public

JOSEPH A. VOGEL
Notary Public, State of New York
No. 02VO4756050
Qualified in Nassau County
Commission Expires June 30, 20 15

{00119209.1 / 1285-004 }